# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SETH D. HARRIS, Acting Secretary of Labor,
United States Department of Labor,

      Plaintiff,

vs.                                                                  No. CIV 12-841 JB/LFG

LOCAL UNION 611, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS,

      Defendant.

## ORDER APPROVING STIPULATION OF SETTLEMENT

**THE PARTIES** presented to the Court a Stipulation of Settlement, approved and signed by counsel for the parties.

The Court having reviewed the Stipulation of Settlement and being otherwise fully informed,

IT IS ORDERED, ADJUDGED AND DECREED that the Stipulation of Settlement is approved and adopted as an Order of this Court. The Court will retain jurisdiction of this matter pending completion of the terms of the settlement.

The Court requires a status report every 30 days, so that it knows when it can file a final judgment.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE