IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS E. PEREZ,[1] Secretary of Labor,
United States Department of Labor,

    Plaintiff,

vs.                                                                                                                                                 No. CIV 12-841 JB/LFG

LOCAL UNION 611, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS,

    Defendant.

## **JUDGMENT**

       It appearing to the Court that pursuant to an Order entered by this Court the Defendant, Local Union 611, International Brotherhood of Electrical Workers (hereinafter, "Local 611 IBEW"), conducted a new election for the offices of Business Manager/Financial Secretary, Vice President, Recording Secretary, and Treasurer, under the supervision of the Plaintiff pursuant to the Stipulation of Settlement dated April 12, 2013; and that the Plaintiff has filed a Certification of Election, certifying the names of the persons who were elected in such election, and further certifying that such election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. 481 et seq.) and, insofar as lawful and practicable, in conformity with the constitution and bylaws of the defendant labor organization; and the Court having considered said Certification and being fully advised by the parties, it is, hereby:

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Thomas E. Perez, who has been duly appointed Secretary of Labor, is Plaintiff in the case.

ADJUDGED, ORDERED and DECREED that the persons named in the Certification of Election, which was filed by the Plaintiff, are the duly elected officers of defendant, Local 611 IBEW, and shall serve until the next regularly scheduled election of the defendant in accordance with the constitution and bylaws of the defendant labor organization.

Each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding to date.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*/s/ Rumaldo R. Armijo 8/20/13*
RUMALDO R. ARMIJO
Assistant U.S. Attorney
Counsel for Plaintiff


APPROVED BY:

*Electronic approval by John L. Hollis 8/13/13*
JOHN L. HOLLIS
JUSTIN LESKY
Counsel for Defendant