# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

HILDA L. SOLIS,
Secretary of Labor,
United States Department of Labor,

      Plaintiff,

vs.                                                                      No. CIV 12-0841 JB/LFG

LOCAL UNION 611, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,

      Defendant.

### **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on its Judgment, filed August 25, 2013 (Doc. 30), which disposed of claims and parties before the Court.  The Court, therefore, now enters final judgment.

**IT IS ORDERED** that Plaintiff Hilda L. Solis' claims and case against the Defendant Local Union 611, International Brotherhood of Electrical Workers, are dismissed, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Kenneth J. Gonzales
  United States Attorney
Rumaldo R. Armijo
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

John L. Hollis
Albuquerque, New Mexico

--and--

Justin Lesky, Jr.
Law Office of Justin Lesky
Albuquerque, New Mexico

     *Attorneys for the Defendant*